UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| MASSACHUSETTS BAY INSURANCE COMPANY, | CASE NO. C18-0791JLR |
|---|---|
| Plaintiff, | ORDER REGARDING THE PARTIES' JOINT STATUS REPORT |
| v. | |
| WALFLOR INDUSTRIES, INC., et al., | |
| Defendants. | |

Before the court is the parties' joint status report. (JSR (Dkt. # 20).) In their joint status report, the parties ask the court to defer issuing a case schedule or setting a date for trial until after the court rules on the parties' cross motions for summary judgment, which the parties have not yet filed. (*Id.* at 6.) The parties also ask the court to rule on a dispute concerning the phasing of their anticipated cross motions for summary judgment and a briefing schedule. (*Id.* at 1-2, 4-5.)

The court declines to defer the entry of a case schedule setting the trial date in this matter. The court will promptly issue the case schedule in a separate order. The parties may bring their motions for summary judgment pursuant to the court's local rules. *See* Local Rules W.D. Wash. LCR 7(d)(3). In addition, "[p]arties anticipating filing cross motions are encouraged to agree on a briefing schedule and to submit it to the court for approval through a stipulation and proposed order." *Id.* LCR 7(k). Accordingly, if the parties wish to diverge from the typical schedule for summary judgment motions set forth in Local Rule 7(d)(3), they should either submit a stipulation and proposed order with the court or file a motion, if appropriate. *See id.* LCR 7(k).

Going forward, the parties should not ask the court to take any action, make any ruling, or issue an order in any filing other than a properly noted motion.

Dated this 5th day of October, 2018.

JAMES L. ROBART
United States District Judge