THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>WALFLOR INDUSTRIES, INC., a Washington corporation; JOHN URAL, an individual; JAMES HEWITT, an individual; and MICHAEL CZERWINSKI, an individual,<br><br>Defendants. | No.: 2:18-cv-00791-JLR<br><br>STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT<br><br>NOTED ON THE MOTION CALENDAR: October 24, 2018 |

Pursuant to LCR 7(k), Plaintiff Massachusetts Bay Insurance Company and Defendants Walflor Industries, Inc., John Ural, James Hewitt and Michael Czerwinski (together, "Defendants"), stipulate as follows:

1. Each party currently intends to file a cross motion for summary judgment. The parties agree these cross motions shall be noted for consideration on December 14, 2018.

2. The parties wish to accommodate the schedules of counsel by agreeing to a briefing schedule different from that set out in LCR 7, as follows.

3. Each party wishing to file a summary judgment motion under this briefing schedule shall do so as soon as feasible, but in no event later than November 15, 2018.

4. Responses to any summary judgment motions shall be due on or before December 10, 2018.

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT
No.: 2:18-cv-00791-JLR

Page 1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

5. Replies, if any, shall be due on or before December 14, 2018.

DATED: October 24, 2018

| BULLIVANT HOUSER BAILEY PC | TOUSLEY BRAIN STEPHENS PLLC |
|---|---|
| *s/ Margaret M Van Valkenburg* <br> Margaret M. Van Valkenburg, <br> WSBA #13900 <br> Email:megge.vanvalkenburg@bullivant.com <br> 888 SW 5th Ave., Ste. 300 <br> Portland, OR 97204 <br> 503.228.6351 | *s/ Chase C. Alvord per email 10.24.18 email approval* <br> Chase C. Alvord, WSBA #26080 <br> 1700 Seventh Ave, Suite 2200 <br> Seattle, WA 98101 <br> (206) 682-5600 <br> Attorneys for Defendants |

*s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
Email: matthew.sekits@bullivant.com
1700 Seventh Ave, Suite 2200
Seattle, WA 98101
(206) 521-6452
   Attorneys for Plaintiff

IT IS SO ORDERED:

October 25, 2018

_____
HONORABLE JAMES L. ROBART

Presented by:

BULLIVANT HOUSER BAILEY PC

*s/ Margaret M. Van Valkenburg*
Margaret M. Van Valkenburg, WSBA #13900
E-mail: megge.vanvalkenburg@bullivant.com
888 SW 5th Ave., Ste. 300
Portland, OR 97204
503.228.6351

*s/ Matthew J. Sekits*
Matthew J. Sekits, WSBA #26175
E-mail: matthew.sekits@bullivant.com
1700 Seventh Ave, Suite 2200
Seattle, WA 98101
206.521.6452

4838-3849-4329.1

STIPULATED MOTION AND ORDER SETTING BRIEFING
SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT
No.: 2:18-cv-00791-JLR

Page 2

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351