THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

MASSACHUSETTS BAY INSURANCE COMPANY, a foreign corporation,

Plaintiff,

v.

WALFLOR INDUSTRIES, INC., a Washington corporation; JOHN URAL, an individual; JAMES HEWITT, an individual; and MICHAEL CZERWINSKI, an individual,

Defendants.

NO. 2:18-cv-00791 JLR

**STIPULATED MOTION AND ORDER AMENDING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT**

Note on Motion Calendar: November 13, 2018

Pursuant to LCR 7(k), Plaintiff Massachusetts Bay Insurance Company and Defendants Walflor Industries, Inc., John Ural, James Hewitt and Michael Czerwinski ("Defendants") stipulate as follows:

1. On October 25, 2018, an order was entered setting the briefing schedule on cross motions for summary judgment (Dkt #28), ordering a deadline for filing of cross motions for summary judgment as November 15, 2018.

2. Due to the attorneys' schedules, the Plaintiff and Defendants hereby stipulate to extending the deadline for filing the cross motions four court days to November 21, 2018.

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS FOR
SUMMARY JUDGMENT (2:18-cv-00791 JLR) - 1

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992

3. All other deadlines, including the original noting date of December 14, 2018, remain the same pursuant to the October 25, 2018 order.

Dated: November 13, 2018

| BULLIVANT HOUSER BAILEY PC | TOUSLEY BRAIN STEPHENS PLLC |
|---|---|
| By: *s/ Margaret M. Van Valkenburg per authorization*<br>Margaret M. Van Valkenburg, WSBA #13900<br>Email: megge.vanvalkenburg@bullivant.com<br>888 SW 5th Avenue, Suite 300<br>Portland, OR 97204<br>Tel: 503.228.6351 | By: *s/ Chase C. Alvord*<br>Chase C. Alvord, WSBA #26080<br>Email: calvord@tousley.com<br>1700 Seventh Avenue, Suite 2200<br>Seattle, WA 98101<br>Tel: 206.682.5600<br>*Attorney for Defendants* |

*s/ Matthew J. Sekits per authorization*
Matthew J. Sekits, WSBA #26175
Email: matthew.sekits@bullivant.com
1700 Seventh Avenue, Suite 1810
Seattle, WA 98101
Tel: 206.521.6452
*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated: November 14, 2018

_____
Honorable James L. Robart

Presented By:

TOUSLEY BRAIN STEPHENS PLLC

*s/ Chase C. Alvord*
Chase C. Alvord, WSBA #26080
Email: calvord@tousley.com

BULLIVANT HOUSE BAILEY PC

*s/ Margaret M. Van Valkenburg per authorization*
Margaret M. Van Valkenburg, WSBA #13900
Email: megge.vanvalkenburg@bullivant.com

*s/ Matthew J. Sekits per authorization*
Matthew J. Sekits, WSBA #26175
Email: matthew.sekits@bullivant.com

STIPULATED MOTION AND ORDER SETTING
BRIEFING SCHEDULE ON CROSS MOTIONS FOR
SUMMARY JUDGMENT (2:18-cv-00791 JLR) - 2

CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED at Seattle, Washington, this 13th day of November, 2018.

*s/ Chase C. Alvord*
Chase Alvord, WSBA #26080
calvord@tousley.com
Attorneys for Defendants
TOUSLEY BRAIN STEPHENS PLLC

6436/002/524601.1

STIPULATED MOTION AND ORDER SETTING BRIEFING SCHEDULE ON CROSS MOTIONS FOR SUMMARY JUDGMENT (2:18-cv-00791 JLR) - 3

TOUSLEY BRAIN STEPHENS PLLC
1700 Seventh Avenue, Suite 2200
Seattle, Washington 98101
TEL. 206.682.5600 • FAX 206.682.2992