UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MASSACHUSETTS BAY INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WALFLOR INDUSTRIES, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. C18-0791JLR<br><br>ORDER |

Pursuant to the court's Local Rule LCR 7(h)(3), the court ORDERS Plaintiff Massachusetts Bay Insurance Company ("Massachusetts Bay") to respond to Defendants' motion for reconsideration (Dkt. # 44) by no later than Monday, May 13, 2019. *See* Local Rules W.D. Wash. LCR 7(h)(3). Massachusetts Bay shall address only those issues raised in Defendants' motion. Massachusetts Bay shall limit its memorandum to no more than six pages. Defendants may, but are not required, to file a reply

memorandum by no later than Friday, May 17, 2019.  Defendants' reply memorandum, if any, shall be no longer than three pages.

Dated this 2nd day of May, 2019.

_____
JAMES L. ROBART
United States District Judge